IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RICKY RONNELL EWING, #34353**                                                      **PLAINTIFF**

**VERSUS**                              **CIVIL ACTION NO. 1:15-cv-277-HSO-JCG**

**J. COOLEY and UNKNOWN COLEMAN**                                **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court sua sponte. The Court, after a full review and consideration of the record in this case and relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that pro se Plaintiff Ricky Ronnell Ewing's § 1983 claims are **DISMISSED WITH PREJUDICE** until the *Heck* conditions are met, on grounds that the § 1983 claims are legally frivolous and fail to state a claim pursuant to 28 U.S.C. § 1915 (e)(2)(B)(i) and (ii).

**IT IS, FURTHER, ORDERED AND ADJUDGED,** that this dismissal counts as a "strike" under the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915(g).

**SO ORDERED AND ADJUDGED**, this the 11th day of April, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE